FILED _____ ENTERED
LOGGED _____ RECEIVED

OCT 02 2017

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RICKY EVANS

V.

UNITED STATES OF AMERICA

CRIMINAL NO. JKB-17-0163

The defendant, Ricky Evans, has filed a motion in August in this case outlining a "potential" as well as an "actual" conflict of interest with appointed counsel (Mr. Gary E. Proctor) see (ECF. No. 29).

Although the defendant respectfully requested in that motion for this Honorable Court to conduct an "Attorney Inquiry Hearing" or, in the alternative, to remove counsel from the case and to appoint new counsel for defendant, no action by this Honorable court has been taken thus far.

The defendant, Ricky Evans, again, respectfully request that this Honorable Court allow Mr. Gary E. Proctor to withdraw his appearance in this case, and re-appoint "conflict-free" counsel so that Defendant may comfortably aid and assist counsel in adequately preparing trial strategies and other possible defenses in this case.

Respectfully submitted,

Ricky Evans

Ricky EVANS #1954474  
401 E. MADISON ST.  
BALTIMORE, MD 21202

BALTIMORE MD 212

29 SEP 2017 PM 7 L



___ FILED  ___ ENTERED  
___ LOGGED  ___ RECEIVED

OCT 0 2 2017

AT BALTIMORE  
CLERK U.S. DISTRICT COURT  
DISTRICT OF MARYLAND  
BY _____ DEPUTY

CLERK OF COURTS  
UNITED STATES DISTRICT COURT  
101 W. LOMBARD ST.  
BALTIMORE, MD 21201

21201-262915

CR3



CDF
OUTGOING MAIL

SEP 2 9 2017

MAIL ROOM
"This is an Institution"